**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**JORGE ELIEZER GRACIA PRIETO,**

        **Petitioner,**

    **-against-**

**UNITED STATES OF AMERICA,**

        **Respondent.**
-----------------------------------------------------------x

**ORDER**
**97-CR-1105**

**GERSHON, United States District Judge:**

The court has reviewed petitioner's request for a sentencing adjustment, or in the alternative, an amended judgment and commitment, dated December 27, 2006. The court is unable to decipher any ground for the relief requested. Accordingly, petitioner's request is denied.

        **SO ORDERED.**

          /s/ *Nina Gershon*
        **NINA GERSHON**
        **United States District Judge**

Dated: January 18, 2007
      Brooklyn, New York